UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-45-F

| | |
|---|---|
| IN RE LISA GAIL SKUMPIJA, ) | |
| Debtor, ) | |
| ) | |
| J. NICHOLAS ELLIS, as Chapter 7 ) | |
| Trustee for Lisa Gail Skumpija, ) | |
| ) | ORDER |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| LISA GAIL SKUMPIJA, ) | |
| Appellee. ) | |
| _____ ) | |

In this appeal, the trustee seeks to preserve the priority position of an avoided lien under 11 U.S.C. § 551, despite undisputed state law defects in the lien rendering the priority position patently invalid under state law. The court has reviewed the record on appeal, as well as the parties' briefing, and the court finds no reversible error. Accordingly, the court affirms for the reasons stated by the Bankruptcy Court. *In re Skumpija (Skumpija v. Warren)*, No. 11-00338-8-SWH (Bankr. E.D.N.C. Jan. 30, 2014). The matter is remanded to the Bankruptcy court and the Clerk of Court is directed to close this case. The court dispenses with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

SO ORDERED.

This the __1st__ day of August, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge